UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN ALLEN,

    Plaintiff,

v.                                      Case No. 8:09-cv-1593-T-30TBM

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. 9). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 15, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cv-1593.dismissal 9.wpd